1

2          UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW MEXICO

3

4   LANCE GRESHAM,                              No. 1:16-cv-00004-KK-LF

5                  Plaintiff,

6          v.

7   PROLOGIX DISTRIBUTION SERVICES
    (WEST) LLC, CVS PHARMACY, INC.,
8   AND VICTOR CASTRO,

9                  Defendants.

10

11   **DEFENDANT PROLOGIX DISTRIBUTION SERVICES (WEST) LLC AND
     VICTOR CASTRO'S ANSWER TO COMPLAINT WRONGFUL TERMINATION**

12

13          Defendants ProLogix Distribution Services LLC and Victor Castro ("Defendants

14   ProLogix"), by and through its attorneys Elena C. Bundy, and Stoel Rives LLP, and David W.

15   Peterson and Keleher & McLeod, PA, answers as follows:

16                            **Jurisdiction and Venue**

17

18          1.      Answering paragraph 1 of Plaintiff's Complaint, Defendants ProLogix, on

19   information and belief, admit the same.

20          2.      Answering paragraph 2 of Plaintiff's Complaint, Defendants ProLogix admit the

21   same.

22          3.      Answering paragraph 3 of Plaintiff's Complaint, Defendants ProLogix admit the

23   same.

24          4.      Answering paragraph 4 of Plaintiff's Complaint, Defendants ProLogix deny as

25   stated the allegations contained in the same.

26

DEFENDANTS PROLOGIX DISTRIBUTION
SERVICES (WEST) LLC AND VICTOR CASTRO'S
ANSWER TO COMPLAINT 1:16-cv-00004-KK-LF - 1

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1    5.    Answering paragraph 5 of Plaintiff's Complaint, Defendants ProLogix admit the

2    same.

3    6.    Answering paragraph 6 of Plaintiff's Complaint, Defendants ProLogix admit the

4    same.

5    7.    Answering paragraph 7 of Plaintiff's Complaint, Defendants ProLogix admit that

6    "[o]n September 14, 2015, the New Mexico Human Rights Bureau issued Mr. Gresham a notice

7    and right to sue letter."   The remaining allegation contained in paragraph 7 of Plaintiff's

8    Complaint is a legal conclusion to which no response is required.

9    8.    Answering paragraph 8 of Plaintiff's Complaint, those allegations are now moot.

10   Defendants ProLogix admit that jurisdiction and venue are proper in the United States District

11   Court for the District of New Mexico where this case has been removed.

12                                **Background Facts**

13   9.    Answering paragraph 9 of Plaintiff's Complaint, Defendants ProLogix  deny as

14   stated the allegations contained in the same.

15   10.   Answering paragraph 10 of Plaintiff's Complaint, Defendants ProLogix admit the

16   same.

17   11.   Answering paragraph 11 of Plaintiff's Complaint, Defendants ProLogix admit the

18   same.

19   12.   Answering paragraph 12 of Plaintiff's Complaint, Defendants ProLogix admit the

20   same.

21   13.   Answering paragraph 13 of Plaintiff's Complaint, Defendants ProLogix are

22   without sufficient information to form a belief as to the truth or falsity that "Mr. Gresham saw a

23   tattoo with writing on a CVS employee's clavicle that began 'love is' and he asked her what the

24   remainder of the tattoo said," and therefore deny the same.   Defendants ProLogix deny the

25   remaining allegations in paragraph 13 of Plaintiff's Complaint.

26

DEFENDANTS PROLOGIX DISTRIBUTION
SERVICES (WEST) LLC AND VICTOR CASTRO'S
ANSWER TO COMPLAINT 1:16-cv-00004-KK-LF - 2

C:\Users\ECB3735\Desktop\Prologix - Answer to Complaint.docx

14. Answering paragraph 14 of Plaintiff's Complaint, Defendants ProLogix are without sufficient information to form a belief as to the truth or falsity and therefore deny the same.

15. Answering paragraph 15 of Plaintiff's Complaint, Defendants ProLogix are without sufficient information to form a belief as to the truth or falsity and therefore deny the same. .

16. Answering paragraph 16 of Plaintiff's Complaint, Defendants ProLogix are without sufficient information to form a belief as to the truth or falsity and therefore deny the same.

17. Answering paragraph 17 of Plaintiff's Complaint, Defendants ProLogix admit the same.

18. Answering paragraph 18 of Plaintiff's Complaint, Defendants ProLogix deny the same as stated.

**Count I-New Mexico Human Rights Act and Title VII Discrimination Claims**

Defendants ProLogix incorporate by reference its responses to Paragraphs 1 through 18 above.

19. Answering paragraph 19 of Plaintiff's Complaint, Defendants ProLogix admit the same.

20. Answering paragraph 20 of Plaintiff's Complaint, Defendants ProLogix deny the same.

21. Answering paragraph 21 of Plaintiff's Complaint, Defendants ProLogix deny the same.

22. Answering paragraph 22 of Plaintiff's Complaint, Defendants ProLogix deny the same.

DEFENDANTS PROLOGIX DISTRIBUTION
SERVICES (WEST) LLC AND VICTOR CASTRO'S
ANSWER TO COMPLAINT 1:16-cv-00004-KK-LF - 3

C:\Users\ECB3735\Desktop\Prologix - Answer to Complaint.docx

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1   23.   Answering paragraph 23 of Plaintiff's Complaint, Defendants ProLogix deny the

2   same.

3   24.   Answering paragraph 24 of Plaintiff's Complaint, Defendants ProLogix deny the

4   same.

5

6   25.   Answering paragraph 25 of Plaintiff's Complaint, Defendants ProLogix deny the

7   same.

8   26.   Answering paragraph 26 of Plaintiff's Complaint, Defendants ProLogix deny the

9   same.

10   27.   Answering paragraph 27 of Plaintiff's Complaint, Defendants ProLogix deny the

11   same.

12   28.   Answering paragraph 28 of Plaintiff's Complaint, Defendants ProLogix deny the

13   same.

14

15   **Count II:  Intentional Interference With Contract**

16   Defendants ProLogix incorporate by reference its responses to Paragraphs 1 through 28

17   above.

18   29.   Answering paragraph 29 of Plaintiff's Complaint, Defendants ProLogix admit

19   that ProLogix employed Plaintiff, but deny that such employment was other than at-will.

20   30.   Answering paragraph 30 of Plaintiff's Complaint, Defendants ProLogix deny the

21   same.

22

23   31.   Answering paragraph 31 of Plaintiff's Complaint, Defendants ProLogix deny the

24   same.

25

26

DEFENDANTS PROLOGIX DISTRIBUTION
SERVICES (WEST) LLC AND VICTOR CASTRO'S
ANSWER TO COMPLAINT 1:16-cv-00004-KK-LF - 4

C:\Users\ECB3735\Desktop\Prologix - Answer to Complaint.docx

1   32.     Answering paragraph 32 of Plaintiff's Complaint, Defendants ProLogix deny the

2   same.

3   33.     Answering paragraph 33 of Plaintiff's Complaint, Defendants ProLogix deny the

4   same.

## PRAYER FOR RELIEF

Plaintiff's prayer for relief requires no answer.  Defendants Prologix deny, however, that

Plaintiff is entitled to any damages or other relief.

## AFFIRMATIVE DEFENSES

Without assuming Plaintiff's burden of proof on any issue, Defendants ProLogix assert

the following affirmative defenses:

1.     Plaintiff's claims fail to state a claim for which relief may be granted.

2.     Plaintiff has failed to mitigate damages.  Alternatively, Plaintiff's damages must

be reduced by wages, compensation, pay and benefits, or other earnings, remunerations, profits

and benefits actually received by Plaintiff or that could have been received had Plaintiff used

reasonable diligence to mitigate his damages.

3.     Defendants ProLogix had legitimate, non-discriminatory reasons for its actions.

4.     Plaintiff's Complaint is barred in whole or in part because his losses, if any, were

caused by factors unrelated to Defendants ProLogix's conduct or lack thereof.

5.     Plaintiff's damages, if any, were caused by his own conduct.

6.     The entitlement to any relief which otherwise may be due to Plaintiff may be

limited by the after-acquired evidence doctrine.

7.     Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver,

estoppel, and unclean hands.

8.     Defendants' actions were justified and privileged and involved neither improper

DEFENDANTS PROLOGIX DISTRIBUTION
SERVICES (WEST) LLC AND VICTOR CASTRO'S
ANSWER TO COMPLAINT 1:16-cv-00004-KK-LF - 5

C:\Users\ECB3735\Desktop\Prologix - Answer to Complaint.docx

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1    means nor improper purpose.

2        Defendants ProLogix reserves its right to assert additional affirmative defenses that

3    become apparent upon discovery or further investigation of the facts and law.

4

5              **DEFENDANTS PROLOGIX'S PRAYER FOR RELIEF**

6        WHEREFORE, having fully answered Plaintiff's Complaint for Wrongful Termination

7    and having set forth its affirmative defenses, Defendants ProLogix pray for the following  relief:

8

9        1.    Dismissal of Plaintiff's Complaint for Wrongful Termination, with prejudice;

10       2.    An award of costs and reasonable attorneys' fees; and

11       3.    For such other relief as the Court deems just and proper.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS PROLOGIX DISTRIBUTION
SERVICES (WEST) LLC AND VICTOR CASTRO'S
ANSWER TO COMPLAINT 1:16-cv-00004-KK-LF - 6

C:\Users\ECB3735\Desktop\Prologix - Answer to Complaint.docx

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1

DATED:  January 11, 2016.

2                                                      STOEL RIVES LLP
                                                       Elena C. Bundy, WSBA No. 38836
3                                                      elena.bundy@stoel.com
                                                       STOEL RIVES LLP
4                                                      600 University Street, Suite 3600
                                                       Seattle, WA  98101
5                                                      Telephone:  (206) 624-0900
                                                       Facsimile:  (206) 386-7500
6                                                      Admitted *Pro Hac Vice*

7
                                                       KELEHER & MCLEOD, PA
8

9
                                                       /s/ David W. Peterson
10                                                     David W. Peterson
                                                       dwp@keleher-law.com
11                                                     KELEHER & MCLEOD, PA
                                                       P.O. Box AA
12                                                     Albuquerque, NM 87103
                                                       Telephone:  (505) 346-9139
13                                                     Facsimile:   (505) 346-1370

14                                                     *Attorneys for Defendants ProLogix*
                                                       *Distribution Services (West) LLC and Victor*
15                                                     *Castro*

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS PROLOGIX DISTRIBUTION
SERVICES (WEST) LLC AND VICTOR CASTRO'S
ANSWER TO COMPLAINT 1:16-cv-00004-KK-LF - 7

C:\Users\ECB3735\Desktop\Prologix - Answer to Complaint.docx

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on January 11, 2016, I electronically filed the foregoing document

3

with the Clerk of the Court using the CM/ECF system which will send electronic notification to

4

the parties in this case.

5

Dated January 11, 2016.

6

7

           *s/Elena C. Bundy*

8

Elena C. Bundy, WSBA No. 38836
Stoel Rives LLP

9

600 University Street, Suite 3600
Seattle, WA 98101

10

Telephone:  (206) 624-0900
Facsimile:   (206) 386-7500

11

Admitted Pro Hac Vice

12

Attorneys for Defendant Prologix Distribution

13

Services, LLC and Victor Castro

14

15

4812-8358-0972, v.  1

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS PROLOGIX DISTRIBUTION
SERVICES (WEST) LLC AND VICTOR CASTRO'S
ANSWER TO COMPLAINT 1:16-cv-00004-KK-LF - 8

C:\Users\ECB3735\Desktop\Prologix - Answer to Complaint.docx

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*